LEO H. SCHWED et al., complainants-appellants,

*v.*

IGNATZ BUDRECKI et al., defendants-respondents.

[Submitted October 30th, 1931. Decided February 1st, 1932.]

48

*Mr. Abe J. David,* for the appellants.

*Mr. Charles J. Stamler,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Buchanan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.